IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LARRY GOODEN, #19529                                                              PLAINTIFF

VS.                                      CIVIL ACTION NO.  5:03cv377DCBJCS

STATE OF MISSISSIPPI, ET AL.                                              RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 15th day of May, 2005.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE